**Opinion filed March 22, 2012**



## In The

# Eleventh Court of Appeals

_____

### No. 11-11-00063-CV

_____

## PAUL J. DELLA ROCCO, Appellant

## V.

## JOSEPH OEI, MD, Appellee

**On Appeal from the County Court at Law No. 2**

**Midland County, Texas**

**Trial Court Cause No. CC15143**

### MEMORANDUM OPINION

Appellant, Paul J. Della Rocco, filed a notice of appeal on March 14, 2011. Upon receipt of appellant's notice of appeal, the clerk of this court notified him in a letter dated March 17, 2011, that a filing fee of $175 was due. This letter further advised appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days. Appellant responded to the clerk's initial letter by filing an affidavit of inability to pay costs on appeal. The court reporter, the district clerk, and appellee, Joseph Oei, MD, each filed a contest to the affidavit. We abated this appeal in an order dated June 9, 2011, that directed the trial court to conduct a hearing to

determine whether appellant is indigent. The trial court conducted the hearing on June 27, 2011, and entered an order effectively sustaining the contests. We affirmed the trial court's order sustaining the contests in an opinion and judgment issued on February 16, 2012, in Cause No. 11-11-00183-CV.

We reinstated this appeal on February 16, 2012. In this regard, the clerk of this court notified appellant in a letter dated February 16, 2012, that a filing fee of $175 was due. This letter further advised appellant that the appeal was subject to dismissal if the filing fee was not paid on or before March 2, 2012. The clerk's letter of February 16, 2012, further informed appellant that the failure to provide the requested filing fee by the date indicated could result in the dismissal of this appeal.

The failure to pay the required filing fee appears to be due to appellant's acts and omissions. Therefore, pursuant to TEX. R. APP. P. 42.3(b), the appeal is dismissed for want of prosecution.

PER CURIAM

March 22, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2